COPY

FILED
2013 AUG 22 AM 10:42
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY ___

1  KEVIN BARRY Mc DERMOTT, ESQ.
   LAW OFFICES OF KEVIN BARRY Mc DERMOTT
2  8001 Irvine Center Drive, Suite 1420
   Irvine, California 92618
3
   Tele: (949) 596-0102
4  WarLawyer@aol.com

5  SBN: 109182

6  Attorney for Defendant
    JASON H. WILD
7

8             UNITED STATES DISTRICT COURT

9         FOR THE CENTRAL DISTRICT OF CALIFORNIA

10                                         SACV 13 - 01288 CJC (Ex)

11 JASON H. WILD,                )   MISC. CASE NO: _____
                                 )
12              Movant,          )   MOTION FOR ORDER
                                 )   PURSUANT TO CUSTOMER
13        vs.                    )   CHALLENGE PROVISIONS OF
                                 )   THE RIGHT TO FINANCIAL
14 DEPARTMENT OF DEFENSE,        )   PRIVACY ACT OF 1978
                                 )
15              Respondent.      )   Motion: 09/30/2013
                                 )
16 _____   )   Time: 1:30 p.m.
                                 )
17                               )   Courtroom: 9B
                                 )
18                               )

19

20      MOVANT JASON H. WILD, by and through his attorney of record, Kevin
21
   Barry Mc Dermott, hereby moves this Court pursuant to Section 3410 of the Right to
22

23  _____
24                    MOVANT WILD'S MOTION FOR ORDER PURSUANT TO
                      CUSTOMER CHALLENGE PROVISIONS OF THE RIGHT
25                    TO FINANCIAL PRIVACY ACT OF 1978

26                                Misc # _____

27

28

Financial privacy Act of 1978, 12 U.S.C. §3401, et. seq., for an order preventing the Department of Defense and the United States Government from obtaining access to Movant Wild's financial records. The Department of Defense is seeking access to financial records held by USAA Federal Savings Bank.

Service of the subpoena on Movant Wild occurred on Thursday August 14, 2013.

In support of this motion, the sworn statement of Movant is attached as well as the Subpoena served upon Movant.

Dated: August 20, 2013

_____
Kevin Barry Mc Dermott, Esq.
Attorney for the Defendant
JASON H. WILD

MOVANT WILD'S MOTION FOR ORDER PURSUANT TO CUSTOMER CHALLENGE PROVISIONS OF THE RIGHT TO FINANCIAL PRIVACY ACT OF 1978

Misc # _____

# CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2013, I caused the forgoing MOVANT WILD'S MOTION FOR ORDER PURSUANT TO CUSTOMER CHALLENGE PROVISIONS OF THE RIGHT TO FINANCIAL PRIVACY ACT OF 1978   via certified mail to :

Inspector General of the Department of Defense, c/o DOD IG Subpoena Program Manager   4800 Mark Center Drive, Suite 11H25, Alexandria Virginia 22350

and

Hernando Arboleda
Defense Criminal Investigation Service
26722 Plaza Street, Suite 130
Mission Viejo, CA 92691

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: August 22, 2013

By /s/ Kevin Barry Mc Dermott
Attorney for Defendant
JASON H. WILD

MOVANT WILD'S MOTION FOR ORDER PURSUANT TO CUSTOMER CHALLENGE PROVISIONS OF THE RIGHT TO FINANCIAL PRIVACY ACT OF 1978

Misc # _____

DECLARATION OF MOVANT

JASON H. WILD

On August 14, 2013, I was served with the attached subpoena by Jesse St. Amant of the Department of Defense Criminal Investigation Service. It is seeking by personal banking records for 2004 to 31 January 2013 from USAA Federal Savings Bank. The basis of the request for my records would appear to stem from payments that I received while I was recalled to active duty from the Reserves.

I am objecting to the release of these records.

I am a reserve United States Marine Corps Major, currently on active duty and on medical hold due to a medical condition. I was an active duty Marine from 1996 through November 2000. For the past twelve years, I have been recalled to active duty, including my current active duty stint, 10 times to serve in various billets in the Marine Corps in support of the Global War on Terrorism.

However, I have not been on continuous active duty for the entire time and certainly not the entire time that DCIS is requesting records from my bank USAA Federal Savings bank.

I am respectfully objecting to the subpoena until such time as DCIS identifies for the Court the active duty periods of service that they would be entitled to search.

MOVANT WILD'S MOTION FOR ORDER PURSUANT TO CUSTOMER CHALLENGE PROVISIONS OF THE RIGHT TO FINANCIAL PRIVACY ACT OF 1978

Misc # _____

1  Furthermore, the subpoena is requesting records that go as far back as nine
2  years ago. I cannot conceive of an offense that could be alleged against me that has
3  not lapsed due to a statute of limitations. I am objecting to the subpoena until such
4
5  time as DCIS identifies how some document created nine years ago could be
6  pertinent to a chargeable offense.
7
8
9  I, Jason H. Wild, do hereby declare under penalty of perjury that the
10 foregoing, consisting of two (2) pages, is true and correct. executed this 21st day of
11 August 2013.
12
13
14 _____
   JASON WILD
15 MOVANT

# EXHIBIT

## DCIS SUBPOENA ATTACHED

MOVANT WILD'S MOTION FOR ORDER PURSUANT TO
CUSTOMER CHALLENGE PROVISIONS OF THE RIGHT
TO FINANCIAL PRIVACY ACT OF 1978

Misc # _____

United States of America
Department of Defense
Office of the Inspector General

SUBPOENA DUCES TECUM

TO Custodian of Records, USAA Federal Savings Bank, ATTN: Ms. Diane Mathis/Legal Department, 10750 McDermott Freeway, San Antonio, Texas 78288

YOU ARE HEREBY COMMANDED TO APPEAR BEFORE Special Agent Hernando Arboleda, or any Special Agent of the Defense Criminal Investigative Service (DCIS) acting on behalf of the Inspector General, pursuant to the Inspector General Act of 1978 (5 U.S.C. App. 3), at the DCIS, 26722 Plaza St., Suite 130, Mission Viejo, CA 92691 on the 31st day following the financial institution's receipt of this subpoena at 10 o'clock a.m. of that day.

You are hereby required to bring with you and produce at said time and place the following information, documents, reports, answers, records, accounts, papers, and other data and documentary evidence pertaining to any and all USAA Federal Savings Bank account(s) held solely or jointly by Jason H. Wild, Social Security number: XXX-XX-4948, a United States Marine Corps Reserve member, who is suspected of violating one or more punitive Articles of the Uniform Code of Military Justice, for the period January 1, 2004 through January 31, 2013 as specified in Appendix A, which are necessary in the performance of the responsibility of the Inspector General under the Inspector General Act.

IN TESTIMONY WHEREOF, the signature of the duly authorized representative of the Inspector General of the Department of Defense is affixed at Alexandria, Virginia.

Digitally signed by
STONE.RANDOLPH.R.1259992415
Date: 2013.07.03 16:42:36 -04'00'

Randolph R. Stone
Deputy Inspector General for Policy and Oversight

UNIQUE IDENTIFICATION NUMBER: 2013276-12392

# APPENDIX A
## USAA Federal Savings Bank

### A. DEFINITIONS:

1. The terms "Document" and "documents" mean any written, recorded, graphic material of any kind, Photostats, microfilms, microfiche, tape or disc recordings, computer printouts and other data electronically obtained or otherwise stored from which information can be obtained, either directly, or indirectly or by translation, through devices or readers, whether prepared by your or any other person, that is in your possession, custody or control. Any such document is to be produced in a reasonable useable form.

2. The terms "document" and "document(s)" mean the original document (or copy thereof if the original is not in your possession, custody or control) and all copies that differ in any respect from the original or that bear any notation, marking or information not on the original.

### B. DOCUMENTS REQUIRED:

Any and all USAA account(s) held solely or jointly by Jason H. Wild, SSN: XXX-XX-4948; from January 1, 2004 through January 31, 2013. Records include, but are not limited to:

1. Monthly statements sent to the account holder or the electronic equivalent;
2. Correspondence with the account holder;
3. Records reflecting account ownership in effect during the identified period and setting forth the date of closure for account;
4. Records reflecting overdraft provisions/procedures in effect during the identified period;
5. Deposit documents;
6. Withdrawal documents;
7. Wire transfer documents;
8. Records of Automatic Teller Machine transactions;
9. Records of debit and credit card transactions;
10. Copies of checks written on the named account and/or deposited into the named account, including checks written for amounts exceeding the account balance; and,
11. Loan(s) and loan application(s).

UNIQUE IDENTIFICATION NUMBER: 2013276-12392

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☐ )

JASON H. WILD

**DEFENDANTS** ( Check box if you are representing yourself ☐ )

DEPARTMENT OF DEFENSE

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

KEVIN BARRY MCDERMOTT, ESQ
8001 IRVINE CTR. Dr. #1420
IRVINE CA 92618   949-596-0102

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff
☐ 3. Federal Question (U.S. Government Not a Party)
☒ 2. U.S. Government Defendant
☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1. Original Proceeding
☐ 2. Removed from State Court
☐ 3. Remanded from Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred from Another District (Specify)
☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No  (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No    ☐ MONEY DEMANDED IN COMPLAINT: $ _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

QUASH SUBPOENA FOR RECORDS - FINANCIAL RECORDS ACT OF 1978

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | ✓ FINANCIAL PRIVACY ACT OF 1978 |
| ☐ 896 Arbitration | ☐ 196 Franchise | ☐ 362 Personal Injury-Med Malpratice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | **REAL PROPERTY** | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| | ☐ 210 Land Condemnation | ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/Accomodations | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 220 Foreclosure | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| | ☐ 230 Rent Lease & Ejectment | | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:** Case Number: **SACV 13 - 01288 CJC (Ex)**

AFTER COMPLETING PAGE 1 OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED ON PAGE 2.

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☒ NO  ☐ YES

If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☒ NO  ☐ YES

If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)
- ☐ A. Arise from the same or closely related transactions, happenings, or events; or
- ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
- ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- ☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.

☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  |  |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.

☒ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| ORANGE |  |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**NOTE: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  |  |

*Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** /s/ _____   DATE: 8-22-13

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |